THOMAS J. ORR
321 HIGH STREET
BURLINGTON, NJ 08016-4411
(609) 386-8700
tom@torrlaw.com
ATTORNEY FOR BRITTANY LAKES AND
LARCHMONT CENTER COMMUNITY ASSOC.

Order Filed on September 19,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

ALLEN PORTER,

Debtor.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Chapter 13
Case No. 17-21149 (JNP)

Hearing Date: N/A

Oral Argument: Waived

**CONSENT ORDER ALLOWING TRUSTEE TO PAY CLAIMS OF LARCHMONT CENTER COMMUNITY ASSOCIATION AND BRITTANY LAKES**

The relief set forth on the following page is hereby **ORDERED**

**DATED: September 19, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

      a) The debtor's Plan is amended to allow the Trustee to pay the secured claims of:

          1) Brittany Lakes    $4,481    Claim #7; and

          2) Larchmont Center Community Association    $885    Claim #8

    b) If required by the Trustee, debtor agrees to amend the Plan to provide for payment of each claim; and

    c) This Order shall be incorporated in and become a part of any Order confirming the debtor's Plan.

We consent to this Order:

/s/ Thomas J. Orr, Esq.
Attorney for Larchmont Center Community Association and Brittany Lakes

/s/ Andrew B. Finberg, Esq.
Attorney for Debtor