THOMAS J. ORR
321 HIGH STREET
BURLINGTON, NJ 08016-4411
(609) 386-8700
tom@torrlaw.com
ATTORNEY FOR BRITTANY LAKES AND
LARCHMONT CENTER COMMUNITY ASSOC.

Order Filed on September 19, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

ALLEN PORTER,

Debtor.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Chapter 13
Case No. 17-21149 (JNP)

Hearing Date: N/A

Oral Argument: Waived

### CONSENT ORDER ALLOWING TRUSTEE TO PAY CLAIMS OF LARCHMONT CENTER COMMUNITY ASSOCIATION AND BRITTANY LAKES

The relief set forth on the following page is hereby **ORDERED**

DATED: September 19, 2017

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

a) The debtor's Plan is amended to allow the Trustee to pay the secured claims of:

    1) Brittany Lakes    $4,481    Claim #7; and

    2) Larchmont Center Community Association    $885    Claim #8

b) If required by the Trustee, debtor agrees to amend the Plan to provide for payment of each claim; and

c) This Order shall be incorporated in and become a part of any Order confirming the debtor's Plan.

We consent to this Order:

/s/ Thomas J. Orr, Esq.
Attorney for Larchmont Center Community Association and Brittany Lakes

/s/ Andrew B. Finberg, Esq.
Attorney for Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-21149-JNP
Allen Lee Porter                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1              Date Rcvd: Sep 19, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2017.
db           +Allen Lee Porter,   2809B Auburn Court,   Mount Laurel, NJ 08054-4236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    EverBank NJECFMAIL@mwc-law.com
              Andrew B. Finberg    on behalf of Debtor Allen Lee Porter andy@sjbankruptcylaw.com,
               abfecf@gmail.com;r39848@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    TIAA, FSB dba Everbank nj-ecfmail@mwc-law.com
              Melissa S DiCerbo    on behalf of Creditor    EverBank nj-ecfmail@mwc-law.com
              Thomas J Orr    on behalf of Creditor    Larchmont Center Community Association tom@torrlaw.com,
               xerna@aol.com
              Thomas J Orr    on behalf of Creditor    Brittany Lakes & Meadows Condominium Ass'n tom@torrlaw.com,
               xerna@aol.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9