| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, LLC**<br>By: Alexandra T. Garcia, Esq. (Atty. I.D.#ATG4688)<br>**216 Haddon Avenue, Suite 201**<br>**Westmont, NJ 08108**<br>**856-858-7080**<br>Attorneys for Movant: TIAA, FSB DBA Everbank | Order Filed on October 10, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| IN re:<br><br>Allen Lee Porter<br>      Debtor | Case No.: 17-21149-JNP<br>Chapter: 13<br>Judge: Jerrold N. Poslusny Jr. |

| | | | |
|---|---|---|---|
| Recommended Local Form | ☒ Followed | | ☐ Modified |

### ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3) is

hereby **ORDERED**

**DATED: October 10, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | TIAA, FSB DBA Everbank |
| Applicant's Counsel: | Alexandra T. Garcia, Esq. |
| Property Involved ("Collateral") | 2809 Auburn Ct, Mount Laurel, New Jersey 08054 |

Relief Sought:   ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of    automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that the Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☒ The Debtor is overdue for 3 months, from July 1, 2017 to September 1, 2017

   ☒ The Debtor is overdue for 3 payments at $1,004.85 per month.

   Total Arrearages Due: $3,014.55

2. Debtor must cure all post-petition arrearages, as follows:

   ☒ Beginning on October 1, 2017, regular monthly mortgage payment shall continue to be made in the amount of $1,004.85.

   ☒ Beginning on October 1, 2017 additional monthly cure payments shall be made in the amount of $502.43 for 6 month(s).

   ☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The mortgagee's allowed secured claim shall be amended to include the capitalized post-petition payments listed in this Order to the Proof of Claim as filed. As a result of such capitalization, the Standing Chapter 13 Trustee shall adjust his/her records accordingly and make revised disbursements.

3. Payments to the Secured Creditor shall be made to the following address(es):

   ☒   Immediate payment:   TIAA FSB, DBA Everbank
   Atten: Default Cash
   TIAA,FSB d/b/a EverBank
   301 West Bay Street
   Jacksonville, FL 32202

   ☒   Regular monthly payment:   Same as above
   ☒   Monthly cure payment:   Same as above

4. In the event of Default:

   ☒   If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days

of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. In the event the Debtor converts his/her case to a Chapter 11, the terms of the Order shall remain in full force and effect. In the event that the Debtor converts his/her case to a Chapter 7, Debtor shall cure all pre-petition and post-petition arrears within ten (10) days of conversion. Failure to cure the arrears shall constitute an event of default under this Order and Movant may certify default as set forth in paragraph 4 of this order.

6. Award of Attorneys' Fees:

☒ The Applicant is awarded attorney fees of $350.00 and costs of 181.00.

The fees and costs are payable:

☒ through the Chapter 13 plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 17-21149-JNP
Allen Lee Porter                                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Oct 10, 2017
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2017.
db              +Allen Lee Porter,    2809B Auburn Court,    Mount Laurel, NJ 08054-4236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2017 at the address(es) listed below:
        Alexandra T. Garcia    on behalf of Creditor    EverBank NJECFMAIL@mwc-law.com
        Alexandra T. Garcia    on behalf of Creditor    TIAA, FSB dba Everbank NJECFMAIL@mwc-law.com
        Andrew B. Finberg    on behalf of Debtor Allen Lee Porter andy@sjbankruptcylaw.com,
        abfecf@gmail.com;r39848@notify.bestcase.com
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
        dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
        summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
        Melissa S DiCerbo    on behalf of Creditor    TIAA, FSB dba Everbank nj-ecfmail@mwc-law.com
        Melissa S DiCerbo    on behalf of Creditor    EverBank nj-ecfmail@mwc-law.com
        Thomas J Orr    on behalf of Creditor    Larchmont Center Community Association tom@torrlaw.com,
        xerna@aol.com
        Thomas J Orr    on behalf of Creditor    Brittany Lakes & Meadows Condominium Ass'n tom@torrlaw.com,
        xerna@aol.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                  TOTAL: 11