| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**DANIEL A. FRISCHBERG, ESQ.**<br>**LAW OFFICES OF ANDREW B. FINBERG, LLC**<br>525 Route 73 South, Ste. 200<br>Marlton, NJ  08053<br>(856)988-9055<br>**Attorneys for Debtors** | Order Filed on November 15, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey |
|---|---|
| In Re:<br><br>**ALLEN LEE PORTER**<br><br><br>Debtor(s) | Case No.: **17-21149**<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: JNP |

### ORDER REINSTATING AUTOMATIC STAY AS TO TOYOTA MOTOR CREDIT CORPORATION AND COMPELLING RETURN OF DEBTORS VEHICLE.

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 15, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Debtor: Allen Lee Porter**
**Case No: 17-21149**
**Caption of Order:** Order Reinstating Automatic Stay of Toyota Motor Credit Corp. and Compelling Return of Debtors Vehicle.

---

Upon consideration of the Debtors' Motion for an Order Reinstating the automatic stay as to Toyota Motor Credit Corp., and good cause appearing therefore, it is hereby;

**ORDERED** that the Automatic Stay is Reinstated as to Toyota Motor Credit Corp. effective immediately; and

**IT IS FURTHER ORDERED** that Toyota Motor Credit Corp. shall promptly return the vehicle it reposessed to the debtor.