UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**DANIEL A. FRISCHBERG, ESQ.**
**LAW OFFICES OF ANDREW B. FINBERG, LLC**
525 Route 73 South, Ste. 200
Marlton, NJ  08053
(856)988-9055
**Attorneys for Debtors**

Order Filed on November 15, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

**ALLEN LEE PORTER**

Debtor(s)

Case No.: **17-21149**

Adv. No.:

Hearing Date:

Judge: JNP

### ORDER REINSTATING AUTOMATIC STAY AS TO TOYOTA MOTOR CREDIT CORPORATION AND COMPELLING RETURN OF DEBTORS VEHICLE.

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 15, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Debtor: Allen Lee Porter**
**Case No: 17-21149**
**Caption of Order:** Order Reinstating Automatic Stay of Toyota Motor Credit Corp. and Compelling Return of Debtors Vehicle.

---

Upon consideration of the Debtors' Motion for an Order Reinstating the automatic stay as to Toyota Motor Credit Corp., and good cause appearing therefore, it is hereby;

**ORDERED** that the Automatic Stay is Reinstated as to Toyota Motor Credit Corp. effective immediately; and

**IT IS FURTHER ORDERED** that Toyota Motor Credit Corp. shall promptly return the vehicle it reposessed to the debtor.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                Case No. 17-21149-JNP
Allen Lee Porter                                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Nov 15, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2017.
db              +Allen Lee Porter,    2809B Auburn Court,    Mount Laurel, NJ 08054-4236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    EverBank NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor    TIAA, FSB dba Everbank NJECFMAIL@mwc-law.com
              Andrew B. Finberg    on behalf of Debtor Allen Lee Porter andy@sjbankruptcylaw.com,
               abfecf@gmail.com;r39848@notify.bestcase.com
              Daniel A. Frischberg    on behalf of Debtor Allen Lee Porter dan@sjbankruptcylaw.com,
               frischberglaw@gmail.com;frischbergdr39848@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    TIAA, FSB dba Everbank nj-ecfmail@mwc-law.com
              Melissa S DiCerbo    on behalf of Creditor    EverBank nj-ecfmail@mwc-law.com
              Thomas J Orr    on behalf of Creditor    Larchmont Center Community Association tom@torrlaw.com,
               xerna@aol.com
              Thomas J Orr    on behalf of Creditor    Brittany Lakes & Meadows Condominium Ass'n tom@torrlaw.com,
               xerna@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12