# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Allen Lee Porter

Case No.: 17-21149

Hearing Date:

Chapter: JNP

Judge: 13

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Hearing on Debtor(s) Objection to Creditor's Certification of Default Filed by TIAA, FSB dba Everbank.

**Location of Hearing:** Courtroom No. 4C
US Bankruptcy Court
4th and Cooper Streets
Camden, NJ 08101

**Date and Time:** 02/13/2018 at 10:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: January 18, 2018

JEANNE A. NAUGHTON, Clerk

By: /S/ Elizabeth Grassia
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on January 18, 20 18 this notice was served on the following:
Debtor(s)         Isabel Balboa - Trustee
Attorney for Debtor(s)    Office of the US Trustee
Attorney for Creditor(s)

JEANNE A. NAUGHTON, Clerk

By: /S/ Elizabeth Grassia
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-21149-JNP
Allen Lee Porter                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1          Date Rcvd: Jan 18, 2018
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2018.
db              +Allen Lee Porter,    2809B Auburn Court,    Mount Laurel, NJ 08054-4236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2018 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    EverBank NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor    TIAA, FSB dba Everbank NJECFMAIL@mwc-law.com
              Andrew B. Finberg    on behalf of Debtor Allen Lee Porter andy@sjbankruptcylaw.com,
               abfecf@gmail.com;r39848@notify.bestcase.com
              Daniel A. Frischberg    on behalf of Debtor Allen Lee Porter dan@sjbankruptcylaw.com,
               frischberglaw@gmail.com;frischbergdr39848@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    TIAA, FSB dba Everbank nj-ecfmail@mwc-law.com
              Melissa S DiCerbo    on behalf of Creditor    EverBank nj-ecfmail@mwc-law.com
              Mina M Beshara    on behalf of Creditor    TIAA, FSB dba Everbank nj-ecfmail@mwc-law.com
              Thomas J Orr    on behalf of Creditor    Larchmont Center Community Association tom@torrlaw.com,
               xerna@aol.com
              Thomas J Orr    on behalf of Creditor    Brittany Lakes & Meadows Condominium Ass'n tom@torrlaw.com,
               xerna@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13