| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>ANDREW B. FINBERG, ESQ.<br>LAW OFFICES OF ANDREW B. FINBERG, LLC<br>525 ROUTE 73 SOUTH, SUITE 200<br>MARLTON, NEW JERSEY 08053<br>(856) 988-9055<br>Attorney for the Debtor(s) | Order Filed on June 7, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ALLEN LEE PORTER,<br><br>                Debtor(s) | Case No.: 17-21149<br>Chapter: 13<br>Judge: JNP |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 7, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew B. Finberg_____, the applicant, is allowed a fee of $ 735.00_____ for services rendered and expenses in the amount of $ 199.10_____ for a total of $ 934.10_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____408.00_____ per month for _____49_____ months to allow for payment of the above fee.

*rev.8/1/15*