| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|
| McCABE, WEISBERG & CONWAY, LLC<br>By: Alexandra T. Garcia, Esq. (Atty. I.D.#ATG4688)<br>216 Haddon Avenue, Suite 201<br>Westmont, NJ 08108<br>856-858-7080<br>Attorneys for Movant: TIAA, FSB d/b/a TIAA Bank f/n/a EverBank |
| IN re:<br><br>Allen Lee Porter<br>    Debtor |

Order Filed on September 13, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.: 17-21149-JNP

Chapter: 13

Judge: Jerrold N. Poslusny Jr.

## ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: September 13, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Allen Lee Porter
Case No: 17-21149-JNP
Caption of Order: ORDER VACATING STAY

---

Upon the Certification of Default filed by TIAA, FSB d/b/a TIAA Bank f/n/a EverBank, or its successors or assignees, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒    Real property more fully described as:
2809 B Auburn Ct, Mount Laurel, New Jersey 08054

ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its states court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its rights to possession of the property.

☐    Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-21149-JNP
Allen Lee Porter                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Sep 13, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
db         +Allen Lee Porter,   2809B Auburn Court,   Mount Laurel, NJ 08054-4236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor   EverBank NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor   TIAA, FSB dba Everbank NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor   TIAA, FSB d/b/a TIAA Bank, f/n/a EverBank
               NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Andrew B. Finberg    on behalf of Debtor Allen Lee Porter andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Daniel A. Frischberg    on behalf of Debtor Allen Lee Porter dan@sjbankruptcylaw.com,
               frischberglaw@gmail.com;frischbergdr39848@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Melissa S DiCerbo    on behalf of Creditor   TIAA, FSB dba Everbank nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Melissa S DiCerbo    on behalf of Creditor   EverBank nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Melissa S DiCerbo    on behalf of Creditor   TIAA, FSB d/b/a TIAA Bank, f/n/a EverBank
               nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Mina M Beshara    on behalf of Creditor   TIAA, FSB dba Everbank nj-ecfmail@mwc-law.com
              Thomas J Orr    on behalf of Creditor   Larchmont Center Community Association tom@torrlaw.com,
               xerna@aol.com
              Thomas J Orr    on behalf of Creditor   Brittany Lakes & Meadows Condominium Ass'n tom@torrlaw.com,
               xerna@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 15