UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ANDREW B. FINBERG, ESQ.
LAW OFFICES OF ANDREW B. FINBERG, LLC
525 ROUTE 73 SOUTH, SUITE 200
MARLTON, NEW JERSEY 08053
(856) 988-9055
Attorney for the Debtor(s)

Order Filed on March 12, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

ALLEN LEE PORTER,

               Debtor(s)

Case No.: 17-21149

Chapter: 13

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 12, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew B. Finberg_____, the applicant, is allowed a fee of $ _____900.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____900.00_____ . The allowance is payable:

&boxtimes; through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____431.00_____ per month for _____39_____ months to allow for payment of the above fee.

*rev.8/1/15*