| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, LLC**<br>By: Alexandra T. Garcia, Esq. (Atty. I.D.#ATG4688)<br>216 Haddon Avenue, Suite 201<br>Westmont, NJ 08108<br>856-858-7080<br>Attorneys for Movant: TIAA, FSB d/b/a TIAA Bank f/k/a EverBank | Order Filed on March 29, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| IN re:<br><br>Allen Lee Porter<br>       Debtor | Case No.: 17-21149-JNP<br>Chapter: 13<br>Judge: Jerrold N. Poslusny Jr. |

| | | | | |
|---|---|---|---|---|
| Recommended Local Form | | ☒ Followed | | ☐ Modified |

**AGREED ORDER REINSTATING THE AUTOMATIC STAY AS TO TIAA, FSB D/B/A BANK F/K/A EVERBANK WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through three (3) is

hereby **ORDERED**

**DATED: March 29, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Allen Lee Porter
Case No: 17-21149-JNP
Caption of Order: AGREED ORDER REINSTATING THE AUTOMATIC STAY AS TO TIAA, FSB DBA BANK F/K/A EVERBANK WITH CONDITIONS

---

THIS MATTER having been brought before the Court by Allen Lee Porter (hereinafter "Debtor") by and through his attorney, Andrew B. Finberg., upon the filing of a Motion to Reinstate Stay as to TIAA, FSB d/b/a TIAA Bank f/k/a EverBank (hereinafter "TIAA") by and through its attorneys, McCabe, Weisberg & Conway, P.C. having agreed to reinstate the automatic stay subject to specific conditions, and for good cause shown, it is hereby

**ORDERED** as follows:

1. The September 13, 2018 Order Vacating Stay as to TIAA's interest in 2809 B Auburn Ct, Mount Laurel, New Jersey 08054 (hereinafter the Subject Property) is hereby vacated and the automatic stay is reinstated as to TIAA's interest in the Subject Property.

2. Status of post-Petition arrearages:

   ✓ The Debtor is overdue for 8 monthly mortgage payments from August 1, 2018 to March 1, 2019 and 1 monthly cure payment as follows:

   ✓ May 1, 2018 Agreed Order cure payment in the amount of $1,680.16

   ✓ August 1, 2018 – March 1, 2019 = 8 payments in the amount of $1,006.76 = $8,054.08

   ✓ $1,454.50 in fees ($704.50 for foreclosure fees & $750 for bankruptcy fees) to be paid through the plan

   ✓ The Debtor is credited with suspense in the amount of $502.44

   **Total Arrearages Due $10,686.30**

3. Debtor must cure all post-Petition arrearages as follows:

   ✓ Immediate payment shall be made in the amount of $5,025.00. Payment shall be received by Creditor no later than April 1, 2019.

   ✓ Beginning on April 1, 2019, regular monthly mortgage payments shall continue to be made in the amount of $1,006.76.

   ✓ Beginning on April 1, 2019 additional monthly cure payments shall be made in the amount of $701.14 for six month(s).

(Page 3)
Debtor: Allen Lee Porter
Case No: 17-21149-JNP
Caption of Order: AGREED ORDER REINSTATING THE AUTOMATIC STAY AS TO TIAA, FSB DBA BANK F/K/A EVERBANK WITH CONDITIONS

---

- ✓ Debtor shall pay the bankruptcy and foreclosure fees of $1,454.50 through the Chapter 13 Plan. The amount of $1,454.50 shall be capitalized in the debtor's Chapter 13 plan. The mortgagee's allowed secured claim shall be amended to include the capitalized post-petition payments listed in this Order to the Proof of Claim as filed. As a result of such capitalization, the Standing Chapter 13 Trustee shall adjust his/her records accordingly and make revised disbursements.

4. Payments to the Secured Creditor shall be made to the following address:

   - ✓ Immediate payment:       TIAA Bank
                                 301 West Bay Street
                                 Jacksonville, FL 32202

   - ✓ Regular monthly payment:    Same as above

   - ✓ Monthly cure payment:       Same as above

5. In the event of Default:

   ✓ If the Debtor fails to make the immediate payment specified above, any regular monthly mortgage payment or any cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **McCABE, WEISBERG & CONWAY, LLC**<br>By: Alexandra T. Garcia, Esq. (Atty. I.D.#ATG4688)<br>**216 Haddon Avenue, Suite 201**<br>**Westmont, NJ 08108**<br>**856-858-7080**<br>Attorneys for Movant: TIAA, FSB d/b/a TIAA Bank f/k/a EverBank | |
| IN re:<br><br>Allen Porter<br>      Debtor | Case No.: 17-21149-JNP<br>Chapter: 13<br>Judge: Jerrold N. Poslusny Jr. |

### CERTIFICATION OF SERVICE

1. I, Kathleen Jordan:

    ❑ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Alexandra T. Garcia, Esq., who represents the Movant in the above captioned matter.

    ❑ am the _____ in the above case and am representing myself.

2. On March 19, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Order Resolving Motion to Vacate Stay
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

   Dated:     March 19, 2019                                                */s/* Kathleen Jordan
                                                                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Allen Porter<br>2809B Auburn Court<br>Mount Laurel, NJ 08054 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Andrew B. Finberg<br>Law Offices of Andrew B. Finberg, LLC<br>525 Route 73 South, Suite 200<br>Suite 200<br>Marlton, New Jersey | Attorney for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, New Jersey 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, New Jersey 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.4/24/12*

LAW OFFICES
## McCABE, WEISBERG & CONWAY, LLC
SUITE 201
216 HADDON AVENUE
WESTMONT, NJ 08108
(856) 858-7080
**FAX** (856) 858-7020

Marisa Cohen, Esquire, NJ Managing Attorney
NJ ID 017032001

March 19, 2019

Andrew B. Finberg
Law Offices of Andrew B. Finberg, LLC
525 Route 73 South, Suite 200
Suite 200
Marlton, New Jersey 08053

Re:    Allen Porter
        Chapter 13
        Case No. 17-21149-JNP
        Movant/ Our Client: TIAA, FSB d/b/a TIAA Bank f/k/a EverBank

Dear Andrew B. Finberg:

      Enclosed please find a copy of the proposed Order Resolving Motion to Vacate Stay which has been sent to court for filing.

      If you have any questions, or need any additional information, feel free to contact our office.

Very truly yours,
McCABE, WEISBERG & CONWAY, LLC


Kathleen Jordan
Paralegal

ATG/kj
Enclosures

LAW OFFICES
## McCABE, WEISBERG & CONWAY, LLC
SUITE 201
216 HADDON AVENUE
WESTMONT, NJ 08108
(856) 858-7080
**FAX** (856) 858-7020

Marisa Cohen, Esquire, NJ Managing Attorney
NJ ID 017032001

March 19, 2019

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, New Jersey 08002

Re:   Allen Porter
      Chapter 13
      Case No. 17-21149-JNP
      Movant/ Our Client: TIAA, FSB d/b/a TIAA Bank f/k/a EverBank

Dear Isabel C. Balboa :

Enclosed please find a copy of the proposed Order Resolving Motion to Vacate Stay which has been sent to court for filing.

If you have any questions, or need any additional information, feel free to contact our office.

Very truly yours,
McCABE, WEISBERG & CONWAY, LLC


Kathleen Jordan
Paralegal

ATG/kj
Enclosures

LAW OFFICES

## McCABE, WEISBERG & CONWAY, LLC

SUITE 201
216 HADDON AVENUE
WESTMONT, NJ  08108
(856) 858-7080
**FAX** (856) 858-7020

Marisa Cohen, Esquire, NJ Managing Attorney
NJ ID 017032001

March 19, 2019

Allen Porter
2809B Auburn Court
Mount Laurel, New Jersey 08054

Re:   Allen Porter
      Chapter 13
      Case No. 17-21149-JNP
      Movant/ Our Client: TIAA, FSB d/b/a TIAA Bank f/k/a EverBank

Dear Debtor:

   Enclosed please find a copy of the proposed Order Resolving Motion to Vacate Stay which has been sent to court for filing.

   If you have any questions, or need any additional information, please contact your attorney.  Please do not contact this office directly if you are represented by an attorney in this bankruptcy case.

Very truly yours,
McCABE, WEISBERG & CONWAY, LLC.


Kathleen Jordan
Paralegal

ATG/kj
Enclosures