Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                        Case No.: 17–21149–JNP
                        Chapter: 13
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Allen Lee Porter
   2809B Auburn Court
   Mount Laurel, NJ 08054

Social Security No.:
   xxx–xx–9281

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                January 21, 2022
Time:               10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*96* – in Opposition to (related document:95 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 12/16/2021. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Andrew B. Finberg on behalf of Allen Lee Porter. (Finberg, Andrew)

and transact such other business as may properly come before the meeting.


Dated: December 13, 2021
JAN: lgr

                                                                                                               Jeanne Naughton
                                                                                                               Clerk