Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−21149−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Allen Lee Porter
    2809B Auburn Court
    Mount Laurel, NJ 08054

Social Security No.:
    xxx−xx−9281

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/14/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 14, 2022
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Allen Lee Porter  
Debtor

Case No. 17-21149-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 3
Date Rcvd: Jul 14, 2022 | Form ID: 148 | Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allen Lee Porter, 2809B Auburn Court, Mount Laurel, NJ 08054-4236 |
| cr | + | Brittany Lakes & Meadows Condominium Ass'n, 321 High Street, Burlington, NJ 08016-4411 |
| cr | + | Larchmont Center Community Association, 321 High Street, Burlington, NJ 08016-4411 |
| 516856608 | + | Brittany Commons Association, c/o Dar-Mar Management Services, P.O. Box 239, Moorestown, NJ 08057-0239 |
| 517054951 | + | Brittany Lakes & Meadows, Attn Thomas J. Orr, 321 High Street, Burlington, NJ 08016-4411 |
| 516856612 | + | Everhome Mortgage Co., c/o McCabe, Weisberg & Conway PC, Suite 201, 216 Haddon Avenue, Collingswood, NJ 08108-2818 |
| 516856613 | + | Everhome Mortgage Co/Ever Bank, Attn: Bankruptcy Department, 301 West Bay Street, Jacksonville, FL 32202-5184 |
| 517031312 | + | Larchmont Center Community Association, Attn Thomas J. Orr, 321 High Street, Burlington, NJ 08016-4411 |
| 518707670 | + | TIAA FSB DBA EVERBANK, Lauren M. Moyer, Esq, McCABE, WEISBERG & CONWAY, LLC, 216 Haddon Avenue, Suite 201 Westmont, NJ 08108-2818 |
| 519151844 | + | TIAA, FSB, 3637 Sentara Way, Virginia Beach, Virginia 23452-4262 |
| 519151845 | + | TIAA, FSB, 3637 Sentara Way, Virginia Beach, Virginia 23452, TIAA, FSB, 3637 Sentara Way Virginia Beach, Virginia 23452-4262 |
| 516954542 | + | TIAA, FSB d/b/a EverBank, 301 West Bay Street, Jacksonville, FL 32202-5147 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 14 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 14 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516856609 | + | EDI: CAPITALONE.COM | Jul 15 2022 00:23:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 516856610 | + | EDI: CITICORP.COM | Jul 15 2022 00:23:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516856617 | + | EDI: CITICORP.COM | Jul 15 2022 00:23:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 516868784 | | EDI: DISCOVER.COM | Jul 15 2022 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516856611 | + | EDI: DISCOVER.COM | Jul 15 2022 00:23:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517070795 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2022 20:29:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516895699 | | EDI: AGFINANCE.COM | Jul 15 2022 00:23:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516856614 | + | EDI: AGFINANCE.COM | Jul 15 2022 00:23:00 | OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 517405313 | | EDI: PRA.COM | Jul 15 2022 00:23:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

| | | | | |
|---|---|---|---|---|
| 517405314 | | EDI: PRA.COM | Jul 15 2022 00:23:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517086726 | | EDI: PRA.COM | Jul 15 2022 00:23:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 516864320 | + | EDI: RMSC.COM | Jul 15 2022 00:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516856615 | + | EDI: RMSC.COM | Jul 15 2022 00:23:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516856616 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 14 2022 20:29:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 516997756 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 14 2022 20:29:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516971317 | | EDI: AIS.COM | Jul 15 2022 00:23:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516972872 | + | EDI: AIS.COM | Jul 15 2022 00:23:00 | Verizon by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 16, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor TIAA FSB d/b/a TIAA Bank, f/n/a EverBank NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor EverBank NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor TIAA FSB dba Everbank NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Andrew B. Finberg | on behalf of Debtor Allen Lee Porter andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 14, 2022 | Form ID: 148 | Total Noticed: 31 |

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Marisa Myers Cohen
    on behalf of Creditor TIAA  FSB d/b/a TIAA Bank f/k/a EverBank nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Marisa Myers Cohen
    on behalf of Creditor TIAA FSB DBA EVERBANK nj-ecfmail@mwc-law.com  jhillier@mwc-law.com

Marisa Myers Cohen
    on behalf of Creditor TIAA  FSB d/b/a EverBank nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Melissa S DiCerbo
    on behalf of Creditor EverBank nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Melissa S DiCerbo
    on behalf of Creditor TIAA  FSB d/b/a TIAA Bank, f/n/a EverBank nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Melissa S DiCerbo
    on behalf of Creditor TIAA  FSB dba Everbank nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Melissa S DiCerbo
    on behalf of Creditor TIAA  FSB d/b/a TIAA Bank f/k/a EverBank nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Mina M Beshara
    on behalf of Creditor TIAA  FSB dba Everbank mbeshara@hinshawlaw.com

Thomas J Orr
    on behalf of Creditor Brittany Lakes & Meadows Condominium Ass'n tom@torrlaw.com
    xerna@aol.com;orrtr87054@notify.bestcase.com

Thomas J Orr
    on behalf of Creditor Larchmont Center Community Association tom@torrlaw.com
    xerna@aol.com;orrtr87054@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 18