UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ANDREW B. FINBERG, ESQ.
Law Office of Andrew B. Finberg, LLC
525 Route 73 South, Suite 200
Marlton, NJ 08053
(856) 988-9055
Attorney for Debtor

Order Filed on September 6, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ALLEN LEE PORTER

Case No.: 17-21149

Chapter: 13

Judge: JNP

## ORDER ON MOTION TO VACATE DISMISSAL OF CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 6, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

☑ ORDERED that the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1.    until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2.    until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later; and

3.    until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor must contact the case trustee to schedule a new date for the meeting, and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors and parties in interest.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's plan has not been confirmed, the confirmation hearing is rescheduled to _____ at _____.

❏ ORDERED that the motion to vacate order dismissing case is denied.

IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.8/1/18*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-21149-JNP
Allen Lee Porter  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2
Date Rcvd: Sep 07, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allen Lee Porter, 2809B Auburn Court, Mount Laurel, NJ 08054-4236 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor EverBank NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor TIAA FSB dba Everbank NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor TIAA FSB d/b/a TIAA Bank, f/n/a EverBank NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Andrew B. Finberg | on behalf of Debtor Allen Lee Porter andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor TIAA  FSB d/b/a EverBank nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor TIAA  FSB d/b/a TIAA Bank f/k/a EverBank nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor TIAA FSB DBA EVERBANK nj-ecfmail@mwc-law.com  jhillier@mwc-law.com |
| Melissa S DiCerbo | on behalf of Creditor TIAA  FSB dba Everbank nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Melissa S DiCerbo | on behalf of Creditor TIAA  FSB d/b/a TIAA Bank f/k/a EverBank nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Melissa S DiCerbo | on behalf of Creditor EverBank nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| Melissa S DiCerbo | on behalf of Creditor TIAA  FSB d/b/a TIAA Bank, f/n/a EverBank nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Mina M Beshara | on behalf of Creditor TIAA  FSB dba Everbank mbeshara@hinshawlaw.com |
| Thomas J Orr | on behalf of Creditor Brittany Lakes & Meadows Condominium Ass'n tom@torrlaw.com xerna@aol.com;orrtr87054@notify.bestcase.com |
| Thomas J Orr | on behalf of Creditor Larchmont Center Community Association tom@torrlaw.com xerna@aol.com;orrtr87054@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 18