UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Case No.: _____

Chapter: _____

In Re:

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1.  I, _____ :

☐ represent _____ in this matter.

☐ am the secretary/paralegal for _____, who represents _____ in this matter.

☐ am the _____ in this case and am representing myself.

2.  On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____          _____
                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Brittany Commons Association
Attn: ThomasJ. Orr
321 High Street
Burlington, NJ 08016

Capital One
Attn. President, Managing or General Agent
Po Box 30253
Salt Lake City, UT 84130

Citicards Cbna
Attn. President, Managing or General Agent
Po Box 790040
Saint Louis, MO 63179

Discover Financial
Attn. President, Managing or General Agent
Po Box 3025
New Albany, OH 43054

McCabe, Weisberg & Conway PC
Suite 201
216 Haddon Avenue
Collingswood, NJ 08108

Midland Funding
Attn. President, Managing or General Agent
PO BOX 2011
Warren, MI 48090

TIAA, FSB dba EverBank
Attn. President, Managing or General Agent
3637 Sentara Way
Virginia Beach, VA 23452

OneMain
Attn. President, Managing or General Agent
601 Nw 2nd St
Evansville, IN 47708

Portfolio Recovery Assoc
Attn. President, Managing or General Agent
PO BOX 41067
Norfolk, VA 23541

Synchrony Bank
c/o PRA Receivables Management, LLC
Attn. President, Managing or General Agent
PO Box 41021
Norfolk, VA 23541

Toyota Motor Credit Co
Attn. President, Managing or General Agent
Po Box 9013
Addison, TX 75001

KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108

Verizonby American InfoSourse
Attn. President, Managing or General Agent
PO BOX 248838
Oklahoma, OK 73124

Visa Dept Store National Bank/Macy's
Attn. President, Managing or General Agent
Po Box 8053
Mason, OH 45040