**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Allen Lee Porter<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9281<br>EIN  __-_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __-_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–21149–JNP | |

# Order of Discharge                                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Allen Lee Porter

<u>3/7/23</u>                                                         **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Allen Lee Porter  
Debtor

Case No. 17-21149-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Mar 07, 2023      Form ID: 3180W      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allen Lee Porter, 2809B Auburn Court, Mount Laurel, NJ 08054-4236 |
| cr | + | Brittany Lakes & Meadows Condominium Ass'n, 321 High Street, Burlington, NJ 08016-4411 |
| cr | + | Larchmont Center Community Association, 321 High Street, Burlington, NJ 08016-4411 |
| 519824724 | + | Allen L. Porter, 2809B Auburn Court, Mount Laurel, NJ 08054-4236 |
| 516856608 | + | Brittany Commons Association, c/o Dar-Mar Management Services, P.O. Box 239, Moorestown, NJ 08057-0239 |
| 517054951 | + | Brittany Lakes & Meadows, Attn Thomas J. Orr, 321 High Street, Burlington, NJ 08016-4411 |
| 516856612 | + | Everhome Mortgage Co., c/o McCabe, Weisberg & Conway PC, Suite 201, 216 Haddon Avenue, Collingswood, NJ 08108-2818 |
| 516856613 | + | Everhome Mortgage Co/Ever Bank, Attn: Bankruptcy Department, 301 West Bay Street, Jacksonville, FL 32202-5184 |
| 517031312 | + | Larchmont Center Community Association, Attn Thomas J. Orr, 321 High Street, Burlington, NJ 08016-4411 |
| 518707670 | + | TIAA FSB DBA EVERBANK, Lauren M. Moyer, Esq, McCABE, WEISBERG & CONWAY, LLC, 216 Haddon Avenue, Suite 201 Westmont, NJ 08108-2818 |
| 519151844 | + | TIAA, FSB, 3637 Sentara Way, Virginia Beach, Virginia 23452-4262 |
| 519151845 | + | TIAA, FSB, 3637 Sentara Way, Virginia Beach, Virginia 23452, TIAA, FSB, 3637 Sentara Way Virginia Beach, Virginia 23452-4262 |
| 516954542 | + | TIAA, FSB d/b/a EverBank, 301 West Bay Street, Jacksonville, FL 32202-5147 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 07 2023 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 07 2023 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516856609 | + | EDI: CAPITALONE.COM | Mar 08 2023 01:40:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 516856610 | + | EDI: CITICORP.COM | Mar 08 2023 01:40:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516856617 | + | EDI: CITICORP.COM | Mar 08 2023 01:40:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 516868784 | | EDI: DISCOVER.COM | Mar 08 2023 01:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516856611 | + | EDI: DISCOVER.COM | Mar 08 2023 01:40:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517070795 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 07 2023 20:45:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516895699 | | EDI: AGFINANCE.COM | Mar 08 2023 01:40:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 516856614 | + | EDI: AGFINANCE.COM | Mar 08 2023 01:40:00 | OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 517405313 | | EDI: PRA.COM | Mar 08 2023 01:40:00 | Portfolio Recovery Associates, LLC, PO Box |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 07, 2023 | Form ID: 3180W | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| | | | | 41067, Norfolk, VA 23541 |
| 517405314 | | EDI: PRA.COM | Mar 08 2023 01:40:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517086726 | | EDI: PRA.COM | Mar 08 2023 01:40:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 516864320 | + | EDI: RMSC.COM | Mar 08 2023 01:40:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516856615 | + | EDI: RMSC.COM | Mar 08 2023 01:40:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516856616 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 07 2023 20:45:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 516997756 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 07 2023 20:45:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516971317 | | EDI: AIS.COM | Mar 08 2023 01:40:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516972872 | + | EDI: AIS.COM | Mar 08 2023 01:40:00 | Verizon by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor TIAA FSB d/b/a TIAA Bank, f/n/a EverBank NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor EverBank NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor TIAA FSB dba Everbank NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Andrew B. Finberg | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 07, 2023 | Form ID: 3180W | Total Noticed: 32 |

| | |
|---|---|
| | on behalf of Debtor Allen Lee Porter andy@sjbankruptcylaw.com  abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Andrew M. Lubin | on behalf of Creditor TIAA  FSB d/b/a TIAA Bank f/k/a EverBank nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor TIAA  FSB d/b/a TIAA Bank f/k/a EverBank nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor TIAA FSB DBA EVERBANK nj-ecfmail@mwc-law.com  jhillier@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor TIAA  FSB d/b/a EverBank nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Melissa S DiCerbo | on behalf of Creditor EverBank nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| Melissa S DiCerbo | on behalf of Creditor TIAA  FSB d/b/a TIAA Bank, f/n/a EverBank nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Melissa S DiCerbo | on behalf of Creditor TIAA  FSB dba Everbank nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Melissa S DiCerbo | on behalf of Creditor TIAA  FSB d/b/a TIAA Bank f/k/a EverBank nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Mina M Beshara | on behalf of Creditor TIAA  FSB dba Everbank mbeshara@hinshawlaw.com |
| Thomas J Orr | on behalf of Creditor Brittany Lakes & Meadows Condominium Ass'n tom@torrlaw.com  xerna@aol.com;orrtr87054@notify.bestcase.com |
| Thomas J Orr | on behalf of Creditor Larchmont Center Community Association tom@torrlaw.com  xerna@aol.com;orrtr87054@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 19